**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**REBEKAH MULLEN**                                                                 **PLAINTIFF**

**v.**                                 **CASE NO. 2:25-CV-00064-BSM**

**USAA CASUALTY INSURANCE COMPANY**                            **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE